UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE MORRISON,<br><br>Plaintiff,<br><br>v.<br><br>E. VIERRA,<br><br>Defendant. | No. 2:19-cv-0284 JAM DB P<br><br><br>ORDER |

On May 6, 2021, plaintiff filed a request for appointment of counsel. (ECF No. 23.) This civil rights action was closed on July 11, 2019. Plaintiff is advised that documents filed by plaintiff after the closing date will be disregarded and no orders will issue in response to future filings.

Dated: May 25, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/morr0284.58

1